MARGARET H. DIXON, RESPONDENT, v. CLAYTON L. ANDREWS, APPELLANT.

Submitted July 8, 1918—Decided October 11, 1918.

On appeal from the Supreme Court, whose opinion is reported in 91 *N. J. L.* 373.

For the respondent, *Samuel K. Robbins.*

For the appellant, *Kaighn & Wolverton.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Garrison in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, SWAYZE, TRENCHARD, MINTURN, KALISCH, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, JJ. 11.

*For reversal*—None.